ORDERED.

**Dated:  January 20, 2021**

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| IN RE: | Case No: 20-03143 |
| Prakash Motiram Lalwani | Chapter 13 |
| Bharti Prakash Lalwani | |
| Debtors | |

## ORDER GRANTING IN PART AND DENYING IN PART RELIEF FROM THE AUTOMATIC STAY

THIS CASE came before the Court for a hearing on January 13, 2021 on Wilmington Savings Fund Society, FSB, not its individual capacity but solely as Trustee for Verus Securitization Trust 2018- 2's ("Secured Creditor") Motion for Relief from Stay (Docket No. 36). For the reasons stated in open Court, accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED in part and DENIED in part.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated, to permit the commencement of a foreclosure action as to the Secured Creditor's interest in the following property located at 8137 VIA VITTORIA WAY, ORLANDO, Florida

32819, in Orange County, Florida, and legally described as:

LOT 78, DELLAGIO, A SUBDIVISION OF DR. PHILLIPS, FLORIDA, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 83, PAGES 111 THROUGH 114, IN THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.
APN #: 27-23-28-2020-00780

3.  The automatic stay shall remain in effect until May 14, 2021 in regards to any foreclosure sales.  A foreclosure sale date may not be obtained prior to May 14, 2021.

4.  The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

5.  Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

6.  Attorneys' fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Amy M. Kiser, Esq, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.